treated as a Petition for Relief per Pa. R.A.P. 123, is **DENIED**.

---

■

**Richard A. MARLETTE, Sr. and Marleen Marlette, His Wife**

v.

**STATE FARM MUTUAL AUTOMO- BILE INSURANCE COMPANY and Herman L. Jordan.**

**Petition of State Farm Mutual Automobile Insurance Company.**

Supreme Court of Pennsylvania.

Nov. 7, 2011.

---

### *ORDER*

PER CURIAM.

**AND NOW**, this 7th day of November, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Did the Superior Court err (as identified in the dissenting opinion) in holding, in conflict with *Allen v. M[e]llinger*, that plaintiffs may recover delay damages based on the full amount of the jury verdict rather than on the legally recoverable molded verdict, which was reduced to reflect the insurance policy limits that plaintiffs were permitted to receive?